Giacomo Messina, Respondent, v. Estate of Francesca Messina, Deceased, and Others, Defendants, and Lee Cash and Lena Canavespi, Heirs at Law of Francesca Messina, Appellants.— In the action for the foreclosure of a third mortgage, order in so far as the same denies the motion of defendants Cash and Canavespi to dismiss the plaintiff's complaint for lack of prosecution, on the ground that younger issues have been disposed of in their regular order, affirmed,

with ten dollars costs and disbursements. No opinion. Lazansky, P. J., Young, Carswell, Johnston and Taylor, JJ., concur.